# United States District Court
NORTHERN DISTRICT OF CALIFORNIA


COPY

TICKETMASTER CORPORATION,

   Plaintiff,

  ·v.

DAVID CHERNOW,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 6075

JCS

TO: (Name and address of defendant)

David Chernow
Post Office Box 99800
Emeryville, CA 94662

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glynn & Finley, LLP
Clement L. Glynn (Bar No. 57117)
Adam Friedenberg (Bar No. 205778)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

BY FAX

Richard W. Wieking
CLERK

NOV 3 0 2007
DATE

MARY ANN BUCKLEY
(BY) DEPUTY CLERK