| | |
|---|---|
| 1 | PATTISHALL, McAULIFFE, NEWBURY,<br>  HILLIARD & GERALDSON LLP |
| 2 | ROBERT W. SACOFF<br>MARK V. B. PARTRIDGE |
| 3 | J. MICHAEL MONAHAN, II<br>311 South Wacker Drive, Suite 5000 |
| 4 | Chicago, Illinois 60606<br>Telephone: 312-554-8000 |
| 5 | Facsimile: 312-554-8015<br>(*pro hac vice* appearance pending) |
| 6 | |
| | GLYNN & FINLEY, LLP |
| 7 | CLEMENT L. GLYNN (Bar No.57117)<br>ADAM FRIEDENBERG (Bar No. 205778) |
| 8 | One Walnut Creek Center<br>100 Pringle Avenue, Suite 500 |
| 9 | Walnut Creek, CA 94596<br>Telephone: (925) 210-2800 |
| 10 | Facsimile: (925) 945-1975 |
| 11 | Attorneys for Plaintiff<br>Ticketmaster Corporation |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TICKETMASTER CORPORATION, | ) | **Case No.  C 07-6075 JCS** |
| | ) | |
| Plaintiff, | ) | **PROOF OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID CHERNOW, | ) | |
| | ) | |
| Defendant. | ) | |

PROOF OF SERVICE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

SEE ATTACHED LIST
Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12/6/07 9:45 PM

NAME OF SERVER (PRINT) STEPHEN C. BUSKIRK | TITLE OUT OF STATE SERVER #688/TARRANT COUNTY

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MRS. DAVID CHERNOW
812 ELK HOLLOW COURT,
CROWLEY, TX 76036

☐ Returned unexecuted:

☒ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 177.00 | TOTAL $ 177.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-17-07
Date

Signature of Server: *Stephen C. Buskirk*

ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY, SUITE 205
WALNUT CREEK, CA 94595
Address of Server (925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ADAM FRIEDENBERG<br>GLYNN & FINLEY, LLP<br>100 PRINGLE AVENUE, SUITE 500<br>Walnut Creek, CA 94596 | | |
| Telephone No: 925-210-2800  FAX. No: 925-945-1975 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: TICKETMASTER | | |
| Defendant: CHERNOW | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:  Time:  Dept/Div: | Case Number:<br>C076075JCS |

1. I, STEPHEN C BUSKIRK, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant DAVID CHERNOW as follows:

2. Documents: Summons In A Civil Case; Complaint, Order Setting Initial Case Management Conference And Adr Deadlines, Case Management Conference Order, Standing Order For All Judges Of The Northern District Of California, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/06/07 | 9:45pm | Home | MRS. CHERNOW WOULD NOT OPEN THE FRONT DOOR. SHE WAS STANDING IN FRONT OF A GLASS WINDOW AND THE SERVER COULD SEE A MALE IN THE BACKGROUND WHO WOULD NOT COME TO THE DOOR. MRS. CHERNOW CONFIRMED THAT THIS IS DAVID CHERNOW'S RESIDENCE. THE SERVER SHOWED HER THE DOCUMENTS AND TOLD HER THAT HE WAS LEAVING THEM, AND LEFT THEM AT THE FRONT DOORSTEP IN HER PRESENCE. Attempt made by: STEPHEN C BUSKIRK. Attempt at: 812 ELK HOLLOW COURT CROWLEY TX 76036. |
| Thu | 12/06/07 | 9:45pm | Home | Substituted Service on: DAVID CHERNOW Home - 812 ELK HOLLOW COURT CROWLEY, TX. 76036 by Serving: MRS. DAVID CHERNOW, CO-OCCUPANT. Served by: STEPHEN C BUSKIRK |

3. Person Executing
   a. STEPHEN C BUSKIRK
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $177.00
e. I am: OUT OF STATE SERVER.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Date: Fri, Dec. 07, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     *Stephen C Buskirk*
(STEPHEN C BUSKIRK)     glynn/.9323

| Attorney or Party without Attorney:<br>ADAM FRIEDENBERG<br>GLYNN & FINLEY, LLP<br>100 PRINGLE AVENUE, SUITE 500<br>Walnut Creek, CA 94596<br>Telephone No: 925-210-2800  FAX No: 925-945-1975<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: TICKETMASTER | |
| Defendant: CHERNOW | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C076075JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Tue., Dec. 11, 2007
   b. Place of Mailing:      Walnut Creek, CA 94595
   c. Addressed as follows:  DAVID CHERNOW
                             812 ELK HOLLOW COURT
                             CROWLEY, TX 76036

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Dec. 11, 2007 in the ordinary course of business.

5. Person Serving:
   a. ELISE SNEDEGAR
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $177.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: #641
      (iii) County: CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Dec. 07, 2007

Judicial Council Form
Rule 2.150.(a)&(h) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(ELISE SNEDEGAR)

glynaf.9323