| | |
|---|---|
| 1 | PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP |
| 2 | ROBERT W. SACOFF |
|   | MARK V. B. PARTRIDGE |
| 3 | J. MICHAEL MONAHAN, II |
|   | 311 South Wacker Drive, Suite 5000 |
| 4 | Chicago, Illinois 60606 |
|   | Telephone: (312) 554-8000 |
| 5 | Facsimile: (312) 554-8015 |
|   | (*pro hac vice* appearance pending) |
| 6 | |
|   | GLYNN & FINLEY, LLP |
| 7 | CLEMENT L. GLYNN (Bar No.57117) |
|   | ADAM FRIEDENBERG (Bar No. 205778) |
| 8 | One Walnut Creek Center |
|   | 100 Pringle Avenue, Suite 500 |
| 9 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 210-2800 |
| 10 | Facsimile: (925) 945-1975 |
| 11 | Attorneys for Plaintiff |
|    | Ticketmaster Corporation |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TICKETMASTER CORPORATION, | ) | Case No. 3:07-cv-06075 JCS |
|  | ) | |
| Plaintiff, | ) | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|  | ) | |
| vs. | ) | |
|  | ) | |
| DAVID CHERNOW, | ) | |
|  | ) | |
| Defendant. | ) | |

- 1 -
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2   Defendant Ticketmaster Corporation hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 24, 2008

PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP
ROBERT W. SACOFF
MARK V. B. PARTRIDGE
J. MICHAEL MONAHAN, II
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(*pro hac vice* appearance pending)

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Plaintiff
Ticketmaster Corporation