UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ticketmaster Corporation<br><br>        Plaintiff(s),<br><br>  v.<br><br>David Chernow<br><br>        Defendant(s).<br>_____/ | No. C 07-06075 JW<br><br>CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE DUE TO REASSIGNMENT |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge Joseph C. Spero previously noticed for March 7, 2008 at 1:30 PM has been reset to be heard before Judge James Ware on **March 10, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. Joint Case Management Conference statement due **February 29, 2008**.

Dated: January 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy